UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN H. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:11CV1759  HEA |
| | ) | |
| GENE STUBBLEFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter is before the Court upon its own motion.  Plaintiff has submitted a complaint.
However, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.
As a result, the Court will order plaintiff to either pay the $350 filing fee or submit a motion to proceed
in forma pauperis within thirty days of the date of this Order.  Additionally, if plaintiff files a motion to
proceed in forma pauperis, he must also file a certified copy of his prison account statement for the six-
month period immediately preceding the filing of his complaint.  28 U.S.C. § 1915(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $350 filing fee or submit a
motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis,
he must also submit a certified copy of his prison account statement for the six-month period
immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail plaintiff a copy of the Court's form
motion to proceed in forma pauperis – prisoner cases.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 14th  day of October, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE